

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-11-00573-CV

Brad **CROFT,** Individually and as Trustee of the Willa Wall Investments Trust,
Appellants

v.

Jason S. **GADSBY**, Regina Prewitt-Cambell, Charlotte Marie Bellem, Peter C. Bouxsein, Robert F. Sigafoos, William E. Merten, Charles Rodney Godwin, Judy Johnson-Kinlaw, Margaret Francis, Shavano Rogers Ranch Swim Club, Inc., and AMS SA Management, LLC,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09853
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an appeal of a trial court's order imposing sanctions against Brad Croft, individually and as Trustee of the Willawall Investments Trust. By order dated December 12, 2012, this appeal was abated based on an automatic stay arising from a bankruptcy petition filed by appellant Brad Croft.

On August 6, 2015, appellee AMS SA Management, LLC d/b/a Association Management Services filed a motion to dismiss this appeal, asserting it had purchased all of Croft's rights in this appeal. Attached to the appellee's motion is a bankruptcy court order approving the sale of Croft's rights in this appeal to "Clifton L. Lowry, on behalf of Lowry Creditors," not to AMS SA Management, LLC. Furthermore, Croft appears to have filed this appeal in both his individual capacity and as trustee of the Willawall Investments Trust.

Because the bankruptcy court's order conveys Croft's appellate rights, Croft's appeal is no longer subject to the bankruptcy court's automatic stay. Accordingly, this appeal is REINSTATED on the docket of this court. Because appellee AMS SA Management, LLC's motion does not establish that it purchased Croft's appellate rights, and the motion does not provide authority for this court to dismiss the appeal filed by Croft as trustee of the Willawall Investments Trust, the motion to dismiss is DENIED.

The clerk of this court is directed to set this appeal "at issue," and the appeal will be set for submission on a future date.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.



Keith E. Hottle
Clerk of Court